FILED
2/16/17 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-21342-GLT |
| | Chapter 11 |
| RGW PROPERTIES OF BEAVER COUNTY, INC., | |
| Debtor. | |
| | |
| RGW PROPERTIES OF BEAVER COUNTY, INC., | Adv. No. 16-02067-GLT |
| Plaintiff, | Related to Dkt. Nos. 1 and 30 |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

## ORDER

This matter is before the Court upon the *Complaint § 506 Action to Determine Secured Status* [Dkt. No. 1] (the "Complaint") filed by the Debtor, RGW Properties of Beaver County, Inc. ("RGW") against Nationstar Mortgage, LLC ("Nationstar"), and the answer filed by Nationstar [Dkt. No. 23]. The Court held a pretrial conference to address the matter on December 1, 2016.

**AND NOW**, for the reasons stated in the Court's *Memorandum Order* dated February 16, 2017 [Dkt. No. 30], it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The fair market value of RGW's property located at 117 Renn Lane, Beaver Falls, Pennsylvania 15010 is $24,000.

2. By virtue of its mortgage lien against the property, Nationstar is granted an allowed secured claim in the amount of $24,000 to be paid through the Debtor's plan of reorganization at 5.5% interest over a 10-year term.

Dated: February 16, 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Edgardo Santillan, Esq.
Nationstar Mortgage, LLC
Peter Ashcroft, Esq.
Office of the U.S. Trustee

The Clerk Shall close this Adversary